UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: )
)
    ERWIN BRIDGER KIRTON, ) Case No: 6:10-bk-04644-KSJ
) Chapter 7
        Debtor. )

NOTICE OF TRUSTEE'S INTENTION TO SELL PROPERTY OF THE ESTATE

Leigh Richard Meininger, trustee ("Trustee"), by and through his undersigned attorney, hereby gives notice of a proposed sale of property of the estate and shows:

1. Property of the bankruptcy estate includes the following non-exempt personal property[1]:

**Kitchen** - Assorted Utility Items; Small Electrical Appliances;

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
> **Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty – one (21) days from the date of the docketing of this paper.[2] If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy on Leigh R. Meininger, Trustee, Post Office Box 1946, Orlando, Florida 32802-1946 and John Henry Meininger, III, Attorney for Trustee, Post Office Box 1946, Orlando, Florida 32802-1946.**
> **If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.**

---

[1] The items described herein are listed from an Appraisal by Anne Pullin dated December 4, 2009 attached to the bankruptcy petition (See Document No. 10 – Pages 16 – 23).
[2] Unless otherwise noted, the date of docketing is the same as the date of service listed below.

**Family Room** - Patio Table with 6 Chairs; Chinese Fish Bowl with Glass Top; Area Rug (9 x 15 feet); Sofa; Draped Table; End Table (Early 20th Century); Assorted Decorations; Wooden Recliner;

**Glass Room** - Two (2) Stools; End Table; China Cabinet; Suite of Ratton; Love Seat; Assorted Decorations;

**Storage Room** - Over-Mantel Mirror; Assorted items;

**Patio** - Metal Patio Table with 4 Chairs;

**Bedroom #1** - Suite; Two (2) Arm Chairs; Cabinet; Assorted Decorations; Curio Cabinet;

**Laundry** - Kenmore Freezer; Washer and Dryer;

**Office** - Three (3) Chairs; Desk; Day Bed; 4-Drawer Metal File; Corner Stand; Chest With 2 Over 4 Drawers; One (1) Bent Wood Side Chair; Assorted Office Items;

**Dining Room** - Suite; Area Rug; Plant Stand; Assorted Decorations;

**Bedroom #2** - Wing Chair; Suite; Two (2) Painted Bent Wood Chairs; Floor Style Cheval Mirror; White Wicker; Vanity Chair; Assorted Items;

**Upper Landing** - Arm Chair;

**Living Room** – Two (2) Area Rugs; Pair Love Seats; One (1) End Table; End Table – Platform Base; Low Chinese Style Table; Coffee Table; Round Top End Table; Chinese Style Fish Bowl on Wooden Stand; 4 Seat Sofa; Mirror; Coffee Table with Glass Top; Torchere Style Floor Lamp; Grand Piano (no apparent

name); Two (2) Arm Chairs; Round End Table; Unfinished Doll House; Two (2) Book Cases; One (1) Wing Chair; End Table; Assorted Decorations;

**Entrance** – China Cabinet; Chest with 2 Drawers; Chinese Style Painted Panel; Hat Rack; Chinese Vase on Stand; Area Rug;

**Bedroom #2** – 40 Inch High Mirror; Suite; One (1) Arm Chair – Cane Back and Side; Arm Chair; Assorted Items; Assorted Collector Plates;

**Garage** – Golf Cart; Generator; Other Items; Refrigerator.

[Hereinafter referred collectively as "Property"].

Per Anne Pullin's Appraisal dated January 4, 2010, the appraised value of the Property totals - $4,170.00

2. The Trustee has received an offer to purchase the Property from Manny Valez, 2010 South Chickasaw Trail, Orlando, Florida 32825 for $1,500.00 lump sum.

3. The trustee is unaware of any liens against the Property. The sale is being made subject to all liens and encumbrances. There may be encumbrances that the Trustee is not aware of.

4. The Property is being sold "as is, where is" with no warranties of any kind "express, implied or otherwise". It is the buyer's responsibility to examine title or otherwise identify any encumbrances on the Property not disclosed in paragraph number 3 above. To the extent that encumbrances not disclosed above exist, it is the buyer's responsibility to satisfy those encumbrances.

5. The Trustee will entertain any higher bids for the purchase of the Property described in paragraph number 1 above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price.

Any higher bid must be received by Leigh R. Meininger, Trustee at his mailing address: Post Office Box 1946, Orlando, FL 32802-1946, no later than the close of business on twenty - (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the Trustee can arrange such auction.

DATED: August 11, 2010.

/s/John Henry Meininger, III  
John Henry Meininger, III  
Meininger & Meininger, P.A.  
Post Office Box 1946  
Orlando, Florida 32802-1946  
Telephone (407) 246-1585  
Facsimile (407) 246-7101  
E-mail: john@meiningerlaw.com  
Florida Bar No.: 0881775  
Attorney for Trustee  

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by either electronic transmission or by first-class United States Mail, postage prepaid, on the 11th day of August, 2010 to all persons on a current mailing matrix attached to the original of this document.

/s/John Henry Meininger, III  
John Henry Meininger, III  
Attorney for Trustee